**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Kevin Jerome Gilliard, Petitioner.

Appellate Case No. 2012-213344

------------

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

------------

Appeal from Anderson County
J. Cordell Maddox, Jr., Circuit Court Judge

------------

Opinion No. 2015-MO-041
Heard June 16, 2015 – Filed July 15, 2015

------------

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

------------

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *State v. Gilliard*, Op. No. 2012-UP-351 (S.C. Ct. App. filed June 13, 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**